IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-CV-22771-KING

ERIKA KLEIN, as surviving spouse and
Personal representative of the Estate of
ARTHUR KLEIN, deceased,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

## ORDER DENYING MOTION TO DISMISS AND MOTION FOR ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss with Prejudice, or Alternatively, Motion for Order to Show Cause (DE #8). On September 15, 2009, Plaintiff filed a Complaint that was missing several pages (DE #1). Accordingly, Defendant filed a Motion to Dismiss, which this Court granted without prejudice, giving Plaintiff until October 14, 2009 to file an Amended Complaint, and notifying Plaintiff that failure to comply may result in dismissal with prejudice (DE #5). Defendant then filed the instant Motion, asking that the case be dismissed with prejudice. In response, Plaintiff states that, due to an administrative error, Plaintiff did not receive notice of this Court's Order (DE #9), and has contemporaneously filed an Amended Complaint (DE #10). Therefore, after careful consideration, the Court will excuse Plaintiff's failure to comply with the Court's Order. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Defendant's Motion to Dismiss With Prejudice, or Alternatively, Motion for Order to Show Cause (DE #8) be, and the same is hereby, **DENIED.**

2. Plaintiff's Amended Complaint (DE #10) shall be deemed the operative complaint.

1

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 28th day of October, 2009.

                                JAMES LAWRENCE KING
                                UNITED STATES DISTRICT JUDGE

Cc:
**Counsel for Plaintiff**
Charles Reuben Mindlin
Fenstersheib & Blake
520 W Hallandale Beach Boulevard
Hallandale , FL 33009-5307
954-457-2147
Fax: 457-2192
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Robert J. Fenstersheib
Robert J. Fenstersheib Law Offices
520 West Hallandale Beach Boulevard
Hallandale , FL 33009-5307
954-457-2147
Fax: 457-2192
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Defendant**
Steve Holman
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami , FL 33131-1803
305-358-6555
Fax: 305-374-9077
Email: sholman@mflegal.com
ATTORNEY TO BE NOTICED